JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HEINZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAZDA MOTOR OF AMERICA, INC., a California Corporation; DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-05420-DOC-DFMx<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY THE ACTION PENDING RESOLUTION OF RELATED ACTION**<br><br>Complaint Filed: November 15, 2022 |

The Court, having considered the Joint Stipulation to Stay the Action Pending Resolution of Related Action submitted by Plaintiff Brian Heinz ("Plaintiff") and Defendant Mazda Motor of America, Inc. d/b/a Mazda North American Operations ("Defendant" or "MNAO") (collectively the "Parties"), and finding good cause,

**IT IS HEREBY ORDERED** that the above-captioned action, *Brian Heinz v. Mazda Motor of America, Inc.* Case No. 2:23-cv-05420-DOC-DFMx (the "*Heinz* Action"), including all proceedings, shall be stayed in its entirety until resolution of the related action, *Gary Guthrie v. Mazda Motor of America, Inc.*, No. 8:22-cv-01055-DOC-DFM (C.D. Cal.) (D. Carter) (the "*Guthrie* Action"). The scheduling conference currently set for August 28, 2023 is hereby **VACATED.**

**IT IS FURTHER ORDERED** that the Parties shall submit a joint statement outlining their future plans with respect to the *Heinz* Action within thirty (30) days of the adjudication of the *Guthrie* Action.

**IT IS SO ORDERED.**

DATED: August 18, 2023

*David O. Carter*
The Honorable David O. Carter
United States District Judge